IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

      Diversity

      Federal Question

      The "Mass Action" provisions of the Class Action Fairness Act

      ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

      Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others

_____
_____
_____

## **<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/03/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: _____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

6

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zappone Jr., George Joseph | 09/07/1949 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Wotruba, Patrick | 02/07/1957 | WI | Western District of Wisconsin | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 3. | Wimberly Jr. , Jerome Terrence | 10/16/1979 | PA | Eastern District of Pennsylvania | No | Yes | No | Liver Cancer | Counts I-XI |
| 4. | Williams, Tracie Denita | 06/15/1964 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension | Counts I-XI |
| 5. | Williams, Kenetra Cloretta | 04/29/1985 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 6. | Wilkinson, Roberta Ruby | 04/05/1961 | IN | Southern District of Indiana | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 7. | Whited, Lloyd R. | 10/27/1962 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 8. | Whited, Karon Curtis | | NC | Eastern District of North Carolina | | | | | Count XI |
| 9. | Watkins, Theresa Mary | 06/23/1948 | MN | District of Minnesota | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 10. | Watkins, Byron | | MN | District of Minnesota | | | | | Count XI |
| 11. | Warner, Richard Ambros | 08/25/1965 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 12. | Ward Jr., Hubert | 04/05/1959 | GA | Middle District of Georgia | Yes | Yes | No | Liver Cancer | Counts I-XI |
| 13. | Ward, Joann | | GA | Middle District of Georgia | | | | | Count XI |
| 14. | Waltkins, Tige Andrews | 01/16/1971 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 15. | Walls, Joshua Adam | 04/17/1978 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 16. | Walls, Stephanie | | MS | Northern District of Mississippi | | | | | Count XI |
| 17. | Virata, Mariano Jones | 02/27/1962 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Virata, Lois | | TX | Southern District of Texas | | | | | Count XI |
| 19. | Vasquez Jr., Ernest | 04/09/1967 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 20. | VanderDoes, David Michael | 02/23/1967 | WA | Eastern District of Washington | No | Yes | No | Kidney Cancer | Counts I-XI |
| 21. | Townsend, Deborah Gay | 01/21/1960 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 22. | Timms, Stanley B. | 06/24/1961 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 23. | Taylor, Royce Demtry | 07/21/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 24. | Taylor, Lisa Dennise | 07/06/1962 | IN | Southern District of Indiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 25. | Swan, Michael P. | 10/11/1966 | NJ | District of New Jersey | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 26. | Swan, Angelia T. | 02/27/1973 | TX | Northern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 27. | Swaggerty Jr., Charles Cecil | 05/15/1957 | MD | District of Maryland | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 28. | Story, Jason Leon | 03/08/1977 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 29. | Stone, Amelia Rochelle | 04/28/1975 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 30. | Stoffal, Patrick Claude | 05/02/1948 | ID | District of Idaho | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Stoffal, Leslie Ann | | ID | District of Idaho | | | | | Count XI |
| 32. | Silva, Roney Sal | 03/23/1967 | CA | Central District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 33. | Shepherd-Smith, Vanessa Kay | 03/13/1964 | AL | Southern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 34. | Senecal, Ruth A. | 02/16/1959 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 35. | William L Senecal Jr. | | MA | District of Massachusetts | | | | | Count XI |
| 36. | Scott, Charlotte Evette | 05/04/1961 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 37. | Savage, John S. | 09/26/1949 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 38. | Sanchez, Regina Darlene | 09/02/1957 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 39. | Salais, Javier | 08/14/1972 | TX | Western District of Texas | No | Yes | No | Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 40. | Rusyn-Schwartzenberg, Patricia J. OBO Schwartzenberg, Lynn J. | 03/10/1953 | OH | Northern District of Ohio | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 41. | Rusyn-Schwartzenberg, Patrica Jo | | OH | Northern District of Ohio | | | | | Count XI |
| 42. | Robinson, Theodore | 10/09/1949 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 43. | Tolbert, Carolyn | | IL | Northern District of Illinois | | | | | Count XI |
| 44. | Robinson, Stephen Dane | 02/04/1953 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 45. | Roadman, Jeremy Michael | 05/25/1974 | PA | Western District of Pennsylvania | | | | Kidney Cancer | Counts I-XI |
| 46. | Rickert, Tina Marie | 12/28/1957 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 47. | Rickerson, Joe Louis | 07/26/1957 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 48. | Rickerson, Wendy Francis | | GA | Northern District of Georgia | | | | | Count XI |
| 49. | Rhodes, Jason Andrews | 08/26/1988 | FL | Middle District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 50. | Reynolds, Margaret Charlene | 12/12/1955 | TN | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 51. | Retes, Anna B. | 10/21/1973 | CA | Central District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 52. | Resto, Eva M. | 03/12/1977 | NY | Eastern District of New York | No | Yes | No | Pregnancy Induced Hypertension, High Cholesterol, Thyroid Cancer | Counts I-XI |
| 53. | Resto, James | | NY | Eastern District of New York | | | | | Count XI |
| 54. | Qutaish, Yahya Y. | 06/06/1992 | NY | Southern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 55. | Prince,Vina Leeonella | 06/13/1962 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Paul, Jack Allen | 08/22/1972 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 57. | Paul, Veronica | | FL | Middle District of Florida | | | | | Count XI |
| 58. | Pardue-Sanders, Helayna | 05/02/1959 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 59. | Ory, Babette A. | 06/09/1954 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 60. | Ortiz, Raymond Z. | 02/01/1941 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 61. | Morris, Charles Douglas | 02/15/1962 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 62. | Maye, Donald Christopher | 07/26/1955 | MD | District of Maryland | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 63. | Matos, Dilacia | 12/14/1980 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 64. | Malbrough, Darlene Marie. OBO Malbrough, Larry Paul | 01/14/1986 | LA | Eastern District of Louisiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 65. | Lopez-Mendoza, Ronald Sr. | 11/21/1955 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 66. | Lockett, Sabrina F. | 06/07/1975 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 67. | Llanes Escoboza, Juan Alfonso | 11/17/1968 | AZ | District Court of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Lee, William Gerald | 02/04/1965 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | Lee, Teresa Ann | | TX | Western District of Texas | | | | | Count XI |
| 70. | Lanzetta Sr., Michael A. | 06/21/1959 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 71. | Kornegay, Lynn Maxine | 11/06/1952 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Klick, Rebecca J. | 07/15/1968 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 73. | King, Timothy Rufus | 06/28/1954 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 74. | King, Jasmine T. | | PA | Eastern District of Pennsylvania | | | | | Count XI |
| 75. | Kimmerle, Cynthia Jean | 10/02/1961 | PA | Western District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 76. | Kimball, Rebecca Lynn | 10/18/1967 | NM | District of New Mexico | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 77. | Kier, Deng Wiyual | 01/02/1973 | NE | District of Nebraska | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 78. | Kenney, Vanessa Lynn | 02/05/1971 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 79. | Keith, Daniel Owens | 01/29/1969 | AL | Northern District of Alabama | | | | Kidney Cancer, High Cholesterol | Counts I-XI |
| 80. | Husted, John D. Jr. | 01/17/1952 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 81. | Husted, Rebecca Jo | | OK | Western District of Oklahoma | | | | | Count XI |
| 82. | Hunsicker, Jason Ryan | 10/18/1972 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Housand, Ricky Shannon | 04/05/1975 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 84. | Hodges, Robbie L. | 11/10/1980 | LA | Western District of Louisiana | | | | | Count XI |
| 85. | Hodges, Brandi Chantrelle Moak | | LA | Western District of Louisiana | | | | | Count XI |
| 86. | Hodge, Bobby Demetris | 11/04/1960 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer, Testicular Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 87. | Hedrington, Crystal Ilene | 04/25/1964 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 88. | Deaner, Vincent | | CA | Eastern District of California | | | | | Count XI |
| 89. | Hayes, Randall Hubert | 11/19/1967 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 90. | Harber, Misty Dawn | 10/05/1976 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 91. | Hammack, Bobby Wade | 06/25/1959 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 92. | Hoover, Kathleen | | TX | Southern District of Texas | | | | | Count XI |
| 93. | Hamilton, Debra Ann | 01/23/1959 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 94. | Graham, Debra Renee. OBO Graham, Herbert | 10/11/1945 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 95. | Gomez, Juan A. | 01/27/1981 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 96. | Gilliam, Carolyn Louise | 06/01/1952 | OK | Northern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | Geist, Cynthia Dee | 07/28/1964 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 98. | Fuller, JoAnn OBO Brandon, Floydie Ann | 12/25/1946 | IL | Central District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 99. | Finkelstein, Michael J. | 08/10/1960 | TN | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 100. | Evans, Katherine Anne | 11/03/1970 | AR | Western District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 101. | Ennals, Cecil Lovan | 08/12/1969 | GA | Southern District of Georgia | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Encinas, Ruben Rene | 05/27/1968 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, Cervical Cancer | Counts I-XI |
| 103. | Dixon, Tracey Elaine OBO Dixon, Gloria Joyce | 09/29/1940 | NY | Southern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Davis, Barbara L. | 12/03/1942 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 105. | Crockett, Sharon Denise | 09/24/1966 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 106. | Crockett, Reginald Bernard | | FL | Southern District of Florida | | | | | Count XI |
| 107. | Cox, Katlyn E. | 08/12/1992 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 108. | Cohen, Nury Antonia | 09/27/1954 | FL | Southern District of Florida | No | Yes | No | Liver Cancer, Pancreatic Cancer | Counts I-XI |
| 109. | Cohen, Goerge | | FL | Southern District of Florida | | | | | Count XI |
| 110. | Christman, Carol Eugene | 12/20/1976 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 111. | Chandler, Audwin Nolan | 01/01/1960 | DC | District of the District of Columbia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 112. | Carlstrom, Norman Robert | 01/19/1959 | WA | Western District of Washington | No | Yes | No | Testicular Cancer, Lung Cancer | Counts I-XI |
| 113. | Carlstrom, Robin | | WA | Western District of Washington | | | | | Count XI |
| 114. | Cannon, Dorothy Myers | 06/05/1951 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-XI |
| 115. | Byars, Je Tania Denice | 06/02/1964 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Butler, Vernon Ross | 10/19/1949 | VA | Eastern District of Virginia | Yes | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 117. | Butler, Linda | | VA | Eastern District of Virginia | | | | | Count XI |
| 118. | Burton, Ronald Calvin | 08/10/1952 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Burke, Dewayne Lewis | 09/22/1956 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 120. | Brown, Herman Derrick | 11/25/1962 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 121. | Brandon, Scott L. | 08/15/1968 | NC | Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Cooper, Carolyn | | NC | Western District of North Carolina | | | | | Count XI |
| 123. | Bosley, Sue Carol | 11/09/1957 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 124. | Bosley, Andrew James | | FL | Middle District of Florida | | | | | Count XI |
| 125. | Bood, James P. | 10/10/1962 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 126. | Bond, Ronald Eugene | 08/06/1959 | TN | Middle District of Tennessee | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 127. | Bevers, James Scott | 10/15/1967 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 128. | Bevers, Dawn | | AZ | District of Arizona | | | | | Count XI |
| 129. | Benning, Tammie L. | 07/14/1961 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 130. | Gary Frederick Benning | | FL | Middle District of Florida | | | | | Count XI |
| 131. | Barragan, Larry Jr. | 11/24/1966 | CA | Northern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 132. | Barajas, Gerardo S. | 10/03/1965 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 133. | Barajas, Sandra L. | | IL | Northern District of Illinois | | | | | Count XI |
| 134. | Bangs, Angela Gabriella | 12/28/1955 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 135. | Bailey, Robert Lee | 10/06/1957 | TX | Western District of Texas | | | | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 136. | Ashford, Keshia Cherie | 10/05/1967 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 137. | Arevalo, Donna Marie | 06/24/1963 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 138. | Anderson, Perkins Anthony | 11/11/1958 | CA | Northern District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 139. | White-Anderson, Tilda | | CA | Northern District of California | | | | | Count XI |
| 140. | Allen, Linda Gail | 12/20/1954 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 141. | Love, Daryl Duane | | TX | Eastern District of Texas | | | | | Count XI |
| 142. | Allen, Barbara Ann | 07/13/1957 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 143. | Adams, Christine Ann | 01/28/1953 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 144. | Adair, Danny Richard | 11/22/1944 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 145. | LeBlanc, Gertrude Keelen | 02/08/1962 | LA | Eastern District of Louisiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 146. | Kennedy, James Michael | 08/10/1959 | OK | Northern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 147. | Garcia, Gilbert Xavier | 12/09/1978 | NM | District of New Mexico | No | Yes | No | Testicular Cancer | Counts I-XI |
| 148. | French, Randy Thomas | 05/25/1956 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | De Leon- French, Sheila | | AZ | District of Arizona | | | | | Count XI |
| 150. | Hitch, Christina Kay | 10/17/1950 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |